**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6545**

———————

JAMES LUTHER WILLIAMS,

                              Plaintiff - Appellant,

        versus

RANDLE L. JONES, Assistant Public Defender,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., Chief District Judge.  (CA-00-111-1)

———————

Submitted:  September 21, 2000      Decided:  September 28, 2000

———————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

James Luther Williams, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Luther Williams, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See <u>Williams v. Jones</u>, No. CA-00-111-1 (M.D.N.C. Apr. 4, 2000).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

* Although the district court's order is marked as "filed" on April 3, 2000, the district court's records show that it was entered on the docket sheet on April 4, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, we take the date that the order was entered on the docket sheet as the effective date of the district court's decision. See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2